1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  ELIZABETH D. KURLAN (CABN 255869)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7298
6      Facsimile: (415) 436-6748
       Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendants
8
                     UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12 DEEPTHI DASARI, *et al.*,

                                        Case No. 3:25-cv-01953-LJC
13          Plaintiffs,

14     v.                               **STIPULATION TO STAY PROCEEDINGS;**
                                        **[PROPOSED] ORDER**
15 KRISTI NOEM, Secretary, United States
   Department of Homeland Security,
16 *et al.*,

17          Defendants.

18

19     The parties apologize to the Court for Defendants' not submitting their response by May 6, 2025,

20 due to the parties' efforts in trying to reach an agreement regarding the stipulation to stay proceedings.

21 The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay

22 proceedings in this case for a limited time, until July 7, 2025. The parties make this joint request because

23 they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

24     Plaintiffs filed this mandamus action seeking adjudication of their Form I-526E, Immigrant

25 Petition by Regional Center Investor, and Form I-485, Application to Register Permanent Residence or

26 Adjust Status. On March 26, 2025, United States Citizenship and Immigration Services issued a Notice

27 of Intent to Deny ("NOID") on Plaintiff Dasari's and Plaintiff Maganti's petitions. USCIS has

28 completed adjudication of the Form I-526 petitions by the remaining Plaintiffs. Once USCIS receives

1  Plaintiffs' responses to the NOID, the agency will work diligently towards completing adjudication of
2  Plaintiffs' petitions, absent unforeseen or exceptional circumstances that would require additional time
3  for adjudication.

4  Accordingly, the parties stipulate and request that the proceedings in this case be stayed until
5  July 7, 2025, at which time the parties will file a joint status report with the Court. At that time, the
6  parties may request a further continuance of the stay of proceedings, dismissal of the litigation if
7  appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this
8  case will benefit the parties and conserve the Court's resources while the parties pursue a potential
9  administrative resolution.

Dated: May 9, 2025

Respectfully submitted,[1]

PATRICK D. ROBBINS
Acting United States Attorney

/s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: May 9, 2025

/s/ Paul Chen
PAUL CHEN
Meyer Law Group
Attorney for Plaintiffs

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 12, 2025

HON. LISA J. CISNEROS
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.