CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7298
      Facsimile: (415) 436-6748
      Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEEPTHI DASARI, *et al.*,<br><br>              Plaintiffs,<br><br>   v.<br><br>KRISTI NOEM, Secretary, United States Department of Homeland Security, *et al.*,<br><br>              Defendants. | Case No. 3:25-cv-01953-LJC<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; [PROPOSED] ORDER** |

      The parties, through their attorneys, submit this joint status report regarding Plaintiffs' Form I-485, Application to Register Permanent Residence or Adjust Status. On May 12, 2025, the Court granted the parties' request to stay proceedings until July 7, 2025, to allow time for Plaintiff Dasari and Plaintiff Maganti to respond to the Notice of Intent to Deny ("NOID") that United States Citizenship and Immigration Services ("USCIS") issued on Plaintiffs' Form I-485 applications, and for USCIS to review Plaintiffs' responses. *See* Dkt. 16. Following Plaintiffs' submission of their response to the NOID, USCIS is working to complete adjudication of Plaintiff Dasari and Plaintiff Maganti's Form I-485 applications. USCIS has completed adjudication of the Form I-485 applications by the remaining Plaintiffs.

      Accordingly, the parties stipulate and request that the proceedings in this case be stayed until

September 2, 2025, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.


Dated: July 7, 2025                              Respectfully submitted,[1]

                                                 CRAIG H. MISSAKIAN
                                                 United States Attorney


                                                 */s/ Elizabeth D. Kurlan*
                                                 ELIZABETH D. KURLAN
                                                 Assistant United States Attorney
                                                 Attorneys for Defendants


Dated: July 7, 2025

                                                 */s/ Paul Chen*
                                                 PAUL CHEN
                                                 Meyer Law Group
                                                 Attorney for Plaintiffs


**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date: July 8, 2025

                                                 HON. LISA J. CISNEROS
                                                 United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.