CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7298
      Facsimile: (415) 436-6748
      Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEEPTHI DASARI, *et al.*, | Case No. 3:25-cv-01953-LJC |
|         Plaintiffs, | |
| v. | **JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS;** [~~PROPOSED~~] **ORDER** |
| KRISTI NOEM, Secretary, United States Department of Homeland Security, *et al.*, | |
|         Defendants. | |

      The parties, through their attorneys, submit this joint status report regarding Plaintiffs'

Form I-485, Application to Register Permanent Residence or Adjust Status. On July 8, 2025, the Court

granted the parties' request to stay proceedings until September 2, 2025, to allow time for USCIS to

complete adjudication of Plaintiff Dasari and Plaintiff Maganti's Form I-485 applications. *See* Dkt. 18.

Following adjudication of Plaintiff Dasari and Plaintiff Maganti's Form I-485 application, USCIS issued

a Request for Evidence ("RFE") on Plaintiff Jagadish Surampally's Form I-485 application, and Plaintiff

has until November 14, 2025, to respond to the RFE. USCIS has completed adjudication of the

Form I-485 applications by the remaining Plaintiffs.

      Accordingly, the parties stipulate and request that the proceedings in this case be stayed until

January 13, 2026, at which time the parties will file a joint status report with the Court. At that time, the

1  parties may request a further continuance of the stay of proceedings, dismissal of the litigation if

2  appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this

3  case will benefit the parties and conserve the Court's resources while the parties pursue a potential

4  administrative resolution.

5

6  Dated:  September 2, 2025                    Respectfully submitted,[1]

7                                              CRAIG H. MISSAKIAN
                                               United States Attorney
8

9                                              */s/ Elizabeth D. Kurlan*
                                               ELIZABETH D. KURLAN
10                                             Assistant United States Attorney
                                               Attorneys for Defendants
11

12  Dated:  September 2, 2025

13                                             */s/ Paul Chen*
                                               PAUL CHEN
14                                             Meyer Law Group
                                               Attorney for Plaintiffs
15

16                              **[PROPOSED] ORDER**

17         Pursuant to stipulation, IT IS SO ORDERED.

18

19  Date:   September 3, 2025

20                                             _____
                                               HON. LISA J. CISNEROS
21                                             United States Magistrate Judge

22

23

24

25

26

27

28
_____
    [1]  In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all
signatories listed herein concur in the filing of this document.